UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
JING CHEN,  
                          Petitioner(s).

            22 civ 3587 (JGK)

      -against-

**ORDER**

ALEJANDRO MAYORKAS, et al.  
                          Respondent(s).  
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

    A petition for writ of mandamus has been filed with the Court.

    It is hereby ordered that the Government shall answer the petition by **August 1, 2022.**

    A conference in this matter will be held on **Wednesday, August 10, 2022, at 2:30pm.**

**Dial-in: 888 363-4749.  Access code: 8140049.**

**SO ORDERED.**

                                                                       _____  
                                                                        **JOHN G. KOELTL**  
                                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York  
        June 1, 2022